IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03101-AP

REBECCA MIRANDA,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

_____

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

GAIL C. HARRISS
450 S. Camino del Rio, Suite 201
Durango, CO 81301
Telephone: (970) 247-4411
Facsimile: (970) 247-1482
gharriss@harrisslaw.com

JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office

WILLIAM G. PHARO
Assistant United States Attorney

ALEXESS D. REA
Special Assistant United States Attorney
1225 17th Street
Denver, CO 80202
Telephone: (303) 844-7101
Facsimile: (303)454-0770
alexess.rea@ssa.gov

For Defendant:

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:** November 28, 2011
**B.  Date Complaint Was Served on U.S. Attorney's Office:** December 5, 2011
**C. Date Answer and Administrative Record Were Filed:** February 6, 2012

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff contends that the Administrative Record is incomplete.  Missing from the Administrative Record is Plaintiff's counsel's letter to the Appeals Council dated November 16, 2011, the attached response dated October 3, 2011, from claimant's treating physician, as well as the Appeals Council letter dated February 6, 2012 denying counsel's request.  Defendant contends that these documents should not be part of the certified administrative record because they were not part of the evidence the agency considered in reaching its decision.  The Administrative Record otherwise appears to be complete and accurate as to the evidence considered by the agency in reaching its final decision; however, the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

As discussed in ¶ 4, Plaintiff wishes to submit new evidence for the Court's consideration.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7.  OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8.  BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A.  Plaintiff's Opening Brief Due:** April 9, 2012
**B.  Defendant's Response Brief Due:** May 9, 2012
**C.  Plaintiffs Reply Brief (If Any) Due:** May 24, 2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiff's Statement:**
     Plaintiff does not request oral argument.

**B.  Defendant's Statement:**
     Defendant does not request oral argument

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.    (  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.    (**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

     DATED this 20th day of March, 2012.

                       BY THE COURT:

                       *s/John L. Kane*
                       U.S. DISTRICT COURT JUDGE

APPROVED:


For Plaintiff:

s/ *Gail C. Harriss*
GAIL C. HARRISS
450 S. Camino del Rio, Suite 201
Durango, CO 81301
Telephone: (970) 247-4411
Facsimile: (970) 247-1482
gharriss@harrisslaw.com

Attorney for Plaintiff


For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office

WILLIAM G. PHARO
Assistant United States Attorney

 s/ *Alexess D. Rea*
ALEXESS D. REA
Special Assistant United States Attorney
1225 17th Street
Denver, CO 80202
Telephone: (303) 844-7101
Facsimile: (303) 454-0770
alexess.rea@ssa.gov

Attorneys for Defendant