IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-03101-CMA

REBECCA MIRANDA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.

## ORDER RE ATTORNEY FEES

Upon consideration of the parties' Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Doc. # 25), it is hereby

ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $4,900.00, to be made payable to Plaintiff, Rebecca Miranda, and mailed to counsel of record.

DATED:  October __30__, 2012

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge